IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CV-00041-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ASHLEY SINGLETARY and | ) | |
| JESSICA SINGLETARY, | ) | |
| Defendants. | ) | |

For good cause having been shown upon Plaintiff's motion to stay the Court's July 24, 2020, order for a discovery plan [D.E. 13], it is hereby ORDERED that the Court's order for a discovery plan is stayed until further notice from the Court.

This __31st__ day of __August__, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge