UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CV-00041-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER FOR |
| | ) | ENTRY OF JUDGMENT |
| ASHLEY SINGLETARY and, | ) | |
| JESSICA SINGLETARY, | ) | |
| Defendant. | ) | |

The United States of America, Plaintiff, by and through the United States Attorney for the Eastern District of North Carolina, and Ashley and Jessica Singletary, Defendants, pro se, hereby stipulate and agree to entry of judgment in this action.

On March 3, 2020, Plaintiff filed a Complaint in this action. [D.E. 1]. On July 22, 2020, Defendants filed an Answer, in which they admitted to all allegations made by Plaintiff. [D.E. 5]. All parties hereby agree to entry of judgment in this action.

IT IS ORDERED that judgment is entered in favor of the Plaintiff against the Defendants, jointly and severally, in the amount of $57,119.06, plus interest accrued from May 17, 2019 until date of entry of judgment at 1.25 percent per annum, with judgment interest to be set at the current judgment rate.

IT IS FURTHER ORDERED that judgment is entered in favor of the Plaintiff against Defendant Ashley Singletary in the total amount of $87,064.40, plus interest accrued from May 17, 2019 until date of entry of judgment at 1.25 percent per annum, with judgment interest to be set at the current judgment rate.

The Clerk of United States District Court is DIRECTED to prepare and enter judgment in this case as Ordered above.

This the 3rd day of September, 2020.

_____
LOUISE WOOD FLANAGAN
United States District Judge

CONSENTED TO:

Plaintiff

ROBERT J. HIGDON, JR.
United States Attorney

Date: 8/22/20

_____
Asia J. Prince
Assistant United States Attorney

Defendant

I hereby agree to entry of judgment against me based upon the terms listed in this Consent Order for Entry of Judgment.

Date: 8-23-20

_____
Ashley Singletary, pro se

Date: 8/22/20

_____
Jessica Singletary, pro se

2