UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:20-CV-41-FL |
| ASHLEY SINGLETARY and ) | |
| JESSICA SINGLETARY ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the consent order for entry of judgment entered September 3, 2020, judgment is entered in favor of the Plaintiff against the Defendants, jointly and severally, in the amount of $57,119.06, plus interest accrued from May 17, 2019 until date of entry of judgment at 1.25 percent per annum, with judgment interest to be set at the current judgment rate.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the Plaintiff against Defendant Ashley Singletary in the total amount of $87,064.40, plus interest accrued from May 17, 2019 until date of entry of judgment at 1.25 percent per annum, with judgment interest to be set at the current judgment rate.

**This Judgment Filed and Entered on September 3, 2020, and Copies To:**

Asia J. Prince  (via CM/ECF Notice of Electronic Filing)
Ashley Singletary  (via US mail, 612 Pine Ridge Cir, Bladenboro, NC 28320-6965)
Jessica Singletary (via US mail, 612 Pine Ridge Cir, Bladenboro, NC 28320-6965)


September 3, 2020              PETER A. MOORE, JR., CLERK
                                /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk