UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CV-41(FL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHLEY SINGLETARY and, ) <br> JESSICA SINGLETARY, ) <br> Defendants, ) <br> ) <br> STRATA SOLAR, ) <br> Garnishee. ) | ORDER OF GARNISHMENT <br> As to Ashley Singletary |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on May 6, 2022, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant in the form of wages.

On March 28, 2022, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

Since the filing of the Application for Writ of Garnishment, the Plaintiff and Defendant have agreed to a payment of 15% of net disposable income per payroll in lieu of a 25% wage garnishment.

IT IS ORDERED that Garnishee pay the sum of 15% of income after withholding statutorily required deductions per payroll of the Defendant's earnings to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property

belonging to the defendant or until further Order of this court. Checks should be made payable to:

                        U.S. Department of Justice

and mailed to:       U. S. Attorney's Office
                        150 Fayetteville Street, Suite 2100
                        Raleigh, NC 27601

In order to ensure that each payment is credited properly, please include the Defendant's name and CDCS # 2019A49681.

This 16th day of May, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge